# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee ▼

| | | |
|---|---|---|
| IPXPHARMA, LLC | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 3-14 1545 |
| MILLENNIUM PHARMACEUTICALS, INC. | ) ) | |
| *Defendant* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Millenium Pharmaceuticals
40 Landsdowne Street
Cambridge, MA 02139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jay M. Ezelle
100 Brookwood Place
Birmingham, AL 35209
(205) 868-6000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
CLERK OF COURT

Date: JUL 28 2014

*Signature of Clerk or Deputy Clerk*

SERVICE COPY

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: The Summons was served via certified mail on Millennium Pharmaceuticals' registered agent CT Corporation System in Knoxville, Tennessee. The return receipt is attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/21/14

*Server's signature*

Cole Gresham
*Printed name and title*

100 Brookwood Place, 7th floor
B:rmingham, AL 35209
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Ericka Milligan* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) AUG 13 2014    C. Date of Delivery |
| 1. Article Addressed to:<br>Millennium Pharmaceuticals Inc.<br>c/o CT Corporation System<br>800 Gay Street<br>Ste: 2021<br>Knoxville, TN 37929 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7002 2410 0007 1754 8561 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540