IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IPXPharma, LLC ) | |
| ) | |
| Plaintiff, ) | Case No. 3:14-cv-01545 |
| ) | |
| v. ) | Judge Aleta A. Trauger |
| ) | Magistrate Judge Juliet E. Griffin |
| MILLENNIUM ) | |
| PHARMACEUTICALS, INC., ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2014, a true and correct copy of the Motions to Admit Pro Hac Vice for William F. Lee (docket entry #21), Leizel A. Ching (docket entry #23) and Robert M. Galvin (docket entry #25) were filed electronically with the U.S. District Court for the Middle District of Tennessee. Notice of this filing was served via the court's electronic filing system on all counsel listed below:

Clarence J. Gideon, Jr.
GIDEON, COOPER & ESSARY PLC
315 Deaderick Street, Suite 1100
Nashville, TN 37238

Jay M. Ezelle
R. Larry Fantroy, Jr.
Michael A. Florie
Cole R. Greshman
STARNES DAVIS FLORIE LLP
100 Brookwood Place
7th Floor
Birmingham, AL 35259

*/s/ Jessalyn H. Zeigler*