```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675033092
Cashier ID: ehawkins
Transaction Date: 09/09/2014
Payer Name: BASS BERRY SIMS PLC
-----------------------------------
PRO HOC VICE
 For: BASS BERRY SIMS PLC
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $75.00
PRO HOC VICE
 For: BASS BERRY SIMS PLC
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $75.00
PRO HOC VICE
 For: BASS BERRY SIMS PLC
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $75.00
-----------------------------------
CHECK
 Check/Money Order Num: 406509
 Amt Tendered: $225.00
-----------------------------------
Total Due:       $225.00
Total Tendered:  $225.00
Change Amt:      $0.00

3:14-1545
```