# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

*Motion GRANTED.*

IPXpharma, LLC
Plaintiff,

v.

Case No. 3:14-cv-01545

Millennium Pharmaceuticals, Inc.
Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Millennium Pharmaceuticals, Inc. hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the District of Massachusetts. Attached is a Certificate of Good Standing from that Court.

s/ William F. Lee
Signature

Name: William F. Lee

Address: Wilmer Cutler Pickering Hale and Dorr LLP

Address: 60 State Street

Address: Boston, Massachusetts 02109

Phone: 617-526-6000

Email: william.lee@wilmerhale.com

**\*\*FEE: $75.00**
(\*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 20 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN 37203.)

\* \* \* INCLUDE A CERTIFICATE OF SERVICE \* \* \*