IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IPXPHARMA, LLC, | |
| Plaintiff, | |
| v. | Case No. 3:14-cv-01545<br>Judge Trauger<br>Magistrate Griffin |
| MILLENNIUM PHARMACEUTICALS, INC., | **JURY DEMANDED** |
| Defendant. | |

## DECLARATION OF COLE R. GRESHAM IN SUPPORT OF IPXPHARMA'S OPPOSITION TO MILLENNIUM'S MOTION TO DISMISS

I, Cole R. Gresham, declare as follows:

1. I am over the age of eighteen (18) years, and I have personal knowledge of the matters discussed in this declaration, except as to those matters stated on information and belief, which I believe to be true. I am giving this declaration in connection with the above-styled matter which is pending in the United States District Court for the Middle District of Tennessee.

2. I am a member in good standing of the Alabama State Bar, and I have been admitted pro hac vice to practice in the Middle District of Tennessee. I am an associate at Starnes Davis Florie LLP, counsel for Plaintiff IPXpharma, LLC.

3. Attached hereto as Exhibit A is a true and correct copy of the March 21, 2014, agreement assigning U.S. Patent No. 6,171,786, from the Board of Trustees of the University of Illinois to the inventors, Dr. Igor Roninson and Dr. Alexander Shtil.

4. Attached hereto as Exhibit B is a true and correct copy of the Form 10-K filed by Millennium Pharmaceuticals, Inc., on March 10, 2004, obtained from the Securities and Exchange Commission's website on September 17, 2014.

I declare under penalty of perjury under the laws of the United States and State of Tennessee that the foregoing is true and correct to the best of my knowledge.

Executed this the 17th day of September, 2014.

Cole R. Gresham

{B1835583}
Case 3:14-cv-01545    Document 40-1    Filed 09/17/14    Page 2 of 3 PageID #: 490

# CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of September, 2014, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing, to the following attorneys of record:

Jessalyn H. Zeigler
BASS BERRY & SIMS, PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6200
JZeigler@bassberry.com

William F. Lee
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts
(617) 526-6000
william.lee@wilmerhale.com

Robert M. Galvin
Leizel A. Ching
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
(650) 858-6000
robert.galvin@wilmerhale.com
leizel.ching@wilmerhale.com

/s/ Clarence J. Gideon, Jr.