# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IPXPHARMA, LLC,

    Plaintiff,

v.

MILLENNIUM PHARMACEUTICALS, INC.,

    Defendant.

Case No. 3:14-cv-01545

JURY DEMANDED

## AFFIDAVIT

STATE OF TENNESSEE    )
DAVIDSON COUNTY       )

    Before me, the undersigned authority, in and for said County and State, personally appeared Richard A. Maradik, who, after being duly sworn by me, deposes and says as follows:

    1.    My name is Richard A. Maradik. I am of sound mind, and I understand the taking of an oath. I am over the age of nineteen (19) years, and I have personal knowledge and recollection of the matters testified to in this Affidavit. I am giving this Affidavit in connection with the above-styled matter which is pending in the United States District Court for the Middle District of Tennessee.

{B1830896}

2. I sublease office space at 102 Woodmont Boulevard, Suite 600, Nashville, Tennessee 37205, to IPXpharma, on behalf of Travel Innovations Group, LLC. IPXpharma, LLC has continuously maintained office space in this location since April 2014.

3. IPX, Inc. and IP Equity Management, LLC also sublease space at 102 Woodmont Boulevard, Suite 600, Nashville, Tennessee 37205, and have continuously maintained office space in this location since February 2013.

_____
SIGNATURE OF THE AFFIANT

STATE OF TENNESSEE )
DAVIDSON COUNTY )

Before me, the undersigned, a Notary Public, in and for said County and State, personally appeared Richard A. Maradik, who is known to me and who, after being duly sworn, deposes and says that he has read the above and foregoing Affidavit and that said facts stated therein are true to the best of his knowledge and belief.

Sworn to and subscribed before me this 9th day of September, 2014.

_____
Brenda W. Potts
Notary Public

My Commission Expires: 5/8/17

(OFFICIAL NOTARY SEAL)



# CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of September, 2014, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing, to the following attorneys of record:

Jessalyn H. Zeigler
BASS BERRY & SIMS, PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6200
JZeigler@bassberry.com

William F. Lee
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts
(617) 526-6000
william.lee@wilmerhale.com

Robert M. Galvin
Leizel A. Ching
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
(650) 858-6000
robert.galvin@wilmerhale.com
leizel.ching@wilmerhale.com

/s/ Clarence J. Gideon, Jr.