# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IPXPHARMA, LLC,

    Plaintiff,

v.

MILLENNIUM
PHARMACEUTICALS, INC.,

    Defendant.

Case No. 3:14-cv-01545

JURY DEMANDED

## AFFIDAVIT

STATE OF TENNESSEE    )
DAVIDSON COUNTY       )

Before me, the undersigned authority, in and for said County and State, personally appeared G. Edward Powell, Jr., who, after being duly sworn by me, deposes and says as follows:

1.    My name is G. Edward Powell, Jr. I am of sound mind, and I understand the taking of an oath. I am over the age of nineteen (19) years, and I have personal knowledge and recollection of the matters testified to in this Affidavit. I am giving this Affidavit in connection with the above-styled matter which is pending in the United States District Court for the Middle District of Tennessee.

{B1832658}

2. I am the CEO of IPX and Manager of IP Equity Management, LLC, and I maintain my office at 102 Woodmont Boulevard, Suite 600, Nashville, Tennessee 37205. I also reside in Nashville at 3621 Saratoga Drive, Nashville, TN 37205 and have lived there since June 2006.

3. IP Equity Management is a member and manager of IPXpharma, LLC. IP Equity Management and IPXpharma maintain their principal places of business in Nashville at 102 Woodmont Boulevard, Suite 600, Nashville, Tennessee 37205. IP Equity Management has been at this location since February 2013, and it has maintained its office in Nashville since July 2010. IPXpharma has been at this location since its inception.

4. I manage the day-to-day activities of IP Equity Management and IPXpharma with the assistance of Richard Jones and Ed White. Richard Jones resides in Brentwood, TN and maintains his office at the 102 Woodmont Blvd. location. Ed White is based in Austin, Texas, but he travels regularly to Nashville on business for IP Equity Management and IPXpharma. As a result, if the venue is transferred to Massachusetts, it will significantly inconvenience IPXpharma both financially and logistically.

_____
SIGNATURE OF THE AFFIANT

STATE OF TENNESSEE )
DAVIDSON COUNTY )

Before me, the undersigned, a Notary Public, in and for said County and State, personally appeared G. Edward Powell, Jr., who is known to me and who, after being duly sworn, deposes and says that he has read the above and foregoing Affidavit and that said facts stated therein are true to the best of his knowledge and belief.

Sworn to and subscribed before me this 1st day of Sept., 2014.

Brenda W. Potts
Notary Public

My Commission Expires: 5/8/17

(OFFICIAL NOTARY SEAL)

{B1832658}

# CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of September, 2014, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing, to the following attorneys of record:

Jessalyn H. Zeigler
BASS BERRY & SIMS, PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6200
JZeigler@bassberry.com

William F. Lee
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts
(617) 526-6000
william.lee@wilmerhale.com

Robert M. Galvin
Leizel A. Ching
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
(650) 858-6000
robert.galvin@wilmerhale.com
leizel.ching@wilmerhale.com

/s/ Clarence J. Gideon, Jr.