IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IPXPHARMA, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MILLENNIUM PHARMACEUTICALS, INC.,<br><br>　　　　　　　Defendant. | Civil Action No. 3:14-cv-01545<br>Judge Aleta A. Trauger<br>Magistrate Judge Juliet Griffin |

### DECLARATION OF LEIZEL A. CHING IN SUPPORT OF DEFENDANT MILLENNIUM PHARMACEUTICALS, INC.'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS

I, Leizel A. Ching, declare as follows:

　　1.　　I am over the age of 18 and have personal knowledge of the matters discussed in this declaration, except as to those matters stated on information and belief, which I believe to be true. I could and would competently testify regarding the matters discussed in this declaration if called to do so.

　　2.　　I am a member in good standing of the California State Bar. I am a senior associate at Wilmer Cutler Pickering Hale and Dorr LLP, counsel for defendant Millennium Pharmaceuticals, Inc. in this action. I am admitted to practice *pro hac vice* in the United States District Court for the Middle District of Tennessee.

　　3.　　Attached hereto as Exhibit E is a true and correct copy of the Original Complaint for Patent Infringement filed October 12, 2012, in the matter of *TQP Development, LLC v. Yelp Inc.*, Case No. 2:12-cv-00656 (E.D. Tex.). On September 22, 2014, Exhibit E was obtained from

1

the United States District Court for the Eastern District of Texas via the court's PACER website at the following internet address:  https://ecf.txed.uscourts.gov/.

      4.     Attached hereto as Exhibit F is a true and correct copy of the Report of the Judicial Conference Committee on Rules of Practice and Procedure, dated September 2014.  On September 22, 2014, Exhibit F was obtained from United States Courts website, at the following internet address:  http://www.uscourts.gov/uscourts/RulesAndPolicies/rules/Reports/ST09-2014.pdf.

I declare under penalty of perjury under the laws of the United States and the State of Tennessee that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of September, 2014.

_____
Leizel A. Ching

# CERTIFICATE OF SERVICE

I hereby certify that, on this the 24th day of September, 2014, a true and correct copy of the foregoing was filed electronically with the U.S. District Court for the Middle District of Tennessee. Notice of this filing was served via the court's electronic filing system on all counsel listed below:

Clarence J. Gideon, Jr.
GIDEON, COOPER & ESSARY PLC
315 Deaderick Street, Suite 1100
Nashville, TN 37238

Jay M. Ezelle
R. Larry Fantroy, Jr.
Michael A. Florie
Cole R. Greshman
STARNES DAVIS FLORIE LLP
100 Brookwood Place
7th Floor
Birmingham, AL 35259

                                                                      */s/ Jessalyn H. Zeigler*