IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IPXPHARMA, LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>MILLENNIUM PHARMACEUTICALS, INC.,<br><br>                Defendant. | Civil Action No. 3:14-cv-01545<br>Judge Aleta A. Trauger<br>Magistrate Judge Juliet Griffin |

### MILLENNIUM PHARMACEUTICALS, INC.'S
### MOTION FOR LEAVE TO FILE A REPLY BRIEF
### IN SUPPORT OF MOTION TO TRANSFER VENUE

Defendant Millennium Pharmaceuticals, Inc. ("Millennium"), pursuant to LR 7.01, respectfully requests that the Court grant leave for Millennium to file the attached Reply Brief in support of its Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (Doc. 27). As grounds for this Reply Brief, Millennium states as follows:

    1.  On September 3, 2014, Millennium filed its Motion to Transfer and Memorandum in Support (Doc. 27 and Doc. 28, respectively).

    2.  Plaintiff IPXpharma, LLC filed an Opposition to Millennium's Motion to Transfer on September 17, 2014 (Doc. 41).

    3.  Under LR 7.01(b), "[a] reply memorandum may be filed upon leave of Court." The Court has not yet set a hearing on the Motion to Transfer. Millennium is trying to ensure that all issues are properly briefed prior to any hearing on the Motion to Transfer and several issues were raised in the Opposition that bear comment by Millennium.

WHEREFORE, for the reasons stated above, Millennium respectfully requests that this Court grant leave for Millennium to file the attached Reply Brief in support of its Motion to Transfer.

DATED: September 24, 2014

By: */s/ Jessalyn H. Zeigler*
Jessalyn H. Zeigler
BASS BERRY & SIMS, PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6200
JZeigler@bassberry.com

William F. Lee (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000
william.lee@wilmerhale.com

Robert M. Galvin (*pro hac vice*)
Leizel A. Ching (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
(650) 858-6000
robert.galvin@wilmerhale.com
leizel.ching@wilmerhale.com

*Attorneys for Defendant*
*Millennium Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this the 24th day of September, 2014, a true and correct copy of the foregoing was filed electronically with the U.S. District Court for the Middle District of Tennessee. Notice of this filing was served via the court's electronic filing system on all counsel listed below:

Clarence J. Gideon, Jr.
GIDEON, COOPER & ESSARY PLC
315 Deaderick Street, Suite 1100
Nashville, TN 37238

Jay M. Ezelle
R. Larry Fantroy, Jr.
Michael A. Florie
Cole R. Greshman
STARNES DAVIS FLORIE LLP
100 Brookwood Place
7th Floor
Birmingham, AL 35259

/s/ Jessalyn H. Zeigler