# EXHIBIT R



**Directions to 801 Broadway, Nashville, TN 37203**
452 mi – about **6 hours 37 mins**

 225 Porth Cir, Lexington, SC 29072

| | | |
|---|---|---|
| | 1. Head **northeast** on **Porth Cir** toward **Edgewater Ln** | go 0.1 mi<br>total 0.1 mi |
| ↱ | 2. Turn right onto **Brady Porth Rd**<br>About 1 min | go 0.4 mi<br>total 0.5 mi |
| ↰ | 3. Turn left onto **Old Cherokee Rd/State Rd S-32-171**<br>Continue to follow Old Cherokee Rd<br>About 3 mins | go 1.5 mi<br>total 2.1 mi |
| ↱ | 4. Turn right onto **St Peters Rd**<br>About 1 min | go 0.8 mi<br>total 2.9 mi |
| | 5. Continue onto **Charter Oak Road**<br>About 2 mins | go 0.9 mi<br>total 3.8 mi |
| | 6. Continue onto **Pisgah Church Rd**<br>About 4 mins | go 2.9 mi<br>total 6.7 mi |
| | 7. Continue onto **Longs Pond Rd**<br>About 2 mins | go 0.8 mi<br>total 7.5 mi |
| I-20 | 8. Merge onto **I-20 W** via the ramp to **Augusta**<br>Entering Georgia<br>About 2 hours 44 mins | go 195 mi<br>total 202 mi |
| I-75 | 9. Take exit **57** to merge onto **I-75 N/I-85 N** toward **Chattanooga**<br>About 5 mins | go 3.9 mi<br>total 206 mi |
| I-75 | 10. Keep right to continue on **I-75 N**<br>Entering Tennessee<br>About 1 hour 31 mins | go 106 mi<br>total 312 mi |
| I-24 | 11. Take exit **2** on the left to merge onto **I-24 W** toward **Chattanooga/Nashville**<br>About 6 mins | go 6.2 mi<br>total 318 mi |
| I-24 | 12. Keep left to stay on **I-24 W**, follow signs for **Interstate 24 W/Interstate 59/Nashville/Birmingham**<br>Passing through Georgia<br>Entering Tennessee<br>About 1 hour 54 mins | go 131 mi<br>total 449 mi |
| I-40 | 13. Keep left to continue on **I-40 W**, follow signs for **Huntsville/Memphis/Interstate 65 S**<br>About 2 mins | go 1.9 mi<br>total 451 mi |
| ↗ | 14. Take exit **209A** toward **US-70/US-70S/US-431/Broadway** | go 0.2 mi<br>total 451 mi |
| | 15. Merge onto **13th Ave S** | go 394 ft<br>total 451 mi |
| ↱ | 16. Turn right onto **Broadway**<br>About 56 secs | go 0.4 mi<br>total 452 mi |

B. 801 Broadway, Nashville, TN 37203

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Map data ©2014 Google

Directions weren't right? Please find your route on maps.google.com and click "Report a problem" at the bottom left.