# EXHIBIT S

Case 3:14-cv-01545   Document 45-5   Filed 09/24/14   Page 1 of 2 PageID #: 838



**Directions to 801 Broadway, Nashville, TN 37203**
**442 mi** – about **6 hours 34 mins**

 715 Sumter St, Columbia, SC 29208

| | Step | Distance |
|---|---|---|
| | 1. Head **southeast** on **Sumter St** toward **Devine St** | go 112 ft / total 112 ft |
| ↱ | 2. Take the 2nd right to stay on **Sumter St** | go 489 ft / total 0.1 mi |
| ↱ | 3. Take the 1st right onto **Blossom St**<br>About 2 mins | go 0.8 mi / total 0.9 mi |
| 176 | 4. Turn right onto **US-176 W/US-21 N/US-321 N/Huger St**<br>Continue to follow US-176 W/US-21 N/US-321 N<br>About 3 mins | go 1.4 mi / total 2.3 mi |
| 126 | 5. Keep left at the fork, follow signs for **Interstate 126/U.S. 76 W/Greenville/Spartanburg** and merge onto **I-126 W/US-76 W**<br>About 3 mins | go 3.3 mi / total 5.6 mi |
| 76 | 6. Continue onto **US-76 W** | go 0.4 mi / total 6.0 mi |
| 26 | 7. Merge onto **I-26 W**<br>Entering North Carolina<br>About 2 hours 6 mins | go 147 mi / total 153 mi |
| 74 | 8. Keep left to continue on **US-74 W**<br>About 46 secs | go 0.8 mi / total 154 mi |
| 40 | 9. Merge onto **I-40 W**<br>Entering Tennessee<br>About 2 hours 1 min | go 129 mi / total 283 mi |
| 40 | 10. Keep right to stay on **I-40 W**, follow signs for **Nashville**<br>About 2 hours 14 mins | go 157 mi / total 440 mi |
| 40 | 11. Keep left to stay on **I-40 W**, follow signs for **Huntsville/Memphis/Interstate 65 S**<br>About 2 mins | go 1.9 mi / total 441 mi |
| ↗ | 12. Take exit **209A** toward **US-70/US-70S/US-431/Broadway** | go 0.2 mi / total 442 mi |
| | 13. Merge onto **13th Ave S** | go 394 ft / total 442 mi |
| ↱ | 14. Turn right onto **Broadway**<br>About 56 secs | go 0.4 mi / total 442 mi |

 801 Broadway, Nashville, TN 37203

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Map data ©2014 Google

Directions weren't right? Please find your route on maps.google.com and click "Report a problem" at the bottom left.