IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

**Motion GRANTED.**

| | | |
|---|---|---|
| **IPXPharma, LLC** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:14-cv-01545 |
| | ) | |
| v. | ) | Judge Aleta A. Trauger |
| | ) | Magistrate Judge Juliet E. Griffin |
| **MILLENNIUM PHARMACEUTICALS, INC.**, | ) | |
| | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S UNOPPOSED MOTION TO RESET INITIAL CASE MANAGEMENT CONFERENCE

Defendant Millennium Pharmaceuticals, Inc. ("Millennium") submits this unopposed motion to reset the initial case management conference originally scheduled for October 6, 2014 for October 20, 2014.

As support for this unopposed motion, Millennium states: counsel for Millennium has a scheduling conflict for October 6th. The parties have been provided the date of October 20, 2014 by the Court as a date on which the Court is available for the case management conference, and have conferred and this date is available for both parties.

Accordingly, Millennium respectfully requests that the Court reset the initial case management conference previously set for October 6th to October 20, 2014 at 2:00 p.m. Counsel for Plaintiff does not oppose this request. A proposed order to this effect is filed as an exhibit to this motion.

**DATED** this 23rd day of September, 2014.