IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **IPXPharma, LLC** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:14-cv-01545 |
| | ) | |
| v. | ) | **Judge Aleta A. Trauger** |
| | ) | **Magistrate Judge Juliet E. Griffin** |
| **MILLENNIUM PHARMACEUTICALS, INC.,** | ) | |
| | ) | **JURY DEMAND** |
| | ) | |
| Defendant. | ) | |

## ORDER

For good cause and by agreement by the parties, as evidenced by signatures of counsel below, the Initial Case Management Conference originally set for October 6, 2014 shall be continued and shall now be heard on Monday, October 20, 2014 at  2:30   p..m.

IT IS SO ORDERED.

_____
Judge Aleta A. Trauger

SUBMITTED FOR ENTRY:

*/s/      Jessalyn H. Zeigler*
Jessalyn H. Zeigler
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
Tel.: (615) 742-6200
Email: jzeigler@bassberry.com

William F. Lee (admitted pro hac vice)
WILMER CUTLER PICKERING
   HALE & DORR LLP
60 State Street
Boston, MA  02109
Tel.: (617) 526-6000
Email: William.lee@wilmerhale.com

Robert M. Galvin (admitted pro hac vice)
Leizel A. Ching (admitted pro hac vice)
WILMER CUTLER PICKERING
   HALE & DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Tel.: (650) 858-6000
Email: Robert.galvin@Wilmerhale.com
Email: leizel.ching@wilmerhale.com

*Attorneys for Defendant Millennium Pharmaceuticals, Inc.*