IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

**Motion GRANTED.** *[signature]*

| | |
|---|---|
| IPXPHARMA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MILLENNIUM PHARMACEUTICALS, INC., <br><br> Defendant. | Civil Action No. 3:14-cv-01545 <br> Judge Aleta A. Trauger <br> Magistrate Judge Juliet Griffin |

### MILLENNIUM PHARMACEUTICALS, INC.'S
### MOTION FOR LEAVE TO FILE A REPLY BRIEF
### IN SUPPORT OF MOTION TO TRANSFER VENUE

Defendant Millennium Pharmaceuticals, Inc. ("Millennium"), pursuant to LR 7.01, respectfully requests that the Court grant leave for Millennium to file the attached Reply Brief in support of its Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (Doc. 27). As grounds for this Reply Brief, Millennium states as follows:

1. On September 3, 2014, Millennium filed its Motion to Transfer and Memorandum in Support (Doc. 27 and Doc. 28, respectively).

2. Plaintiff IPXpharma, LLC filed an Opposition to Millennium's Motion to Transfer on September 17, 2014 (Doc. 41).

3. Under LR 7.01(b), "[a] reply memorandum may be filed upon leave of Court." The Court has not yet set a hearing on the Motion to Transfer. Millennium is trying to ensure that all issues are properly briefed prior to any hearing on the Motion to Transfer and several issues were raised in the Opposition that bear comment by Millennium.