# EXHIBIT Q



**Directions to 801 Broadway, Nashville, TN 37203**
**514 mi** – about **7 hours 39 mins**

| | | | |
|---|---|---|---|
| A | | 2138 Campus Dr, Durham, NC 27708 | |
| | 1. | Head **east** on **Campus Dr** toward **Anderson St**<br>About 1 min | go 0.4 mi<br>total 0.4 mi |
| ← | 2. | Turn left onto **Swift Ave**<br>About 50 secs | go 0.3 mi<br>total 0.8 mi |
| ← | 3. | Turn left onto the **N Carolina 147 N/Durham Freeway N** ramp | go 0.2 mi<br>total 1.0 mi |
| 147 | 4. | Merge onto **NC-147 N**<br>About 3 mins | go 3.0 mi<br>total 3.9 mi |
| | 5. | Take the **Interstate 85/U.S. 70** exit | go 0.5 mi<br>total 4.4 mi |
| 85 | 6. | Merge onto **I-85 S/US-70 W**<br>Continue to follow I-85 S<br>About 35 mins | go 40.6 mi<br>total 45.0 mi |
| ↗ | 7. | Take the **I-40 W/Interstate 85 BUSINESS S** exit toward **U.S 70/Greensboro/Winston-Salem** | go 0.4 mi<br>total 45.4 mi |
| 40 | 8. | Merge onto **I-40 W/I-85BUS S**<br>About 7 mins | go 7.3 mi<br>total 52.6 mi |
| 40 | 9. | Keep right to continue on **I-40 W/US-220 S**, follow signs for **Interstate 40 W/Winston - Salem**<br>Continue to follow I-40 W<br>About 12 mins | go 12.6 mi<br>total 65.2 mi |
| 40 | 10. | Keep left to stay on **I-40 W**<br>Entering Tennessee<br>About 4 hours 21 mins | go 290 mi<br>total 355 mi |
| 40 | 11. | Keep right to stay on **I-40 W**, follow signs for **Nashville**<br>About 2 hours 14 mins | go 157 mi<br>total 512 mi |
| 40 | 12. | Keep left to stay on **I-40 W**, follow signs for **Huntsville/Memphis/Interstate 65 S**<br>About 2 mins | go 1.9 mi<br>total 513 mi |
| ↗ | 13. | Take exit **209A** toward **US-70/US-70S/US-431/Broadway** | go 0.2 mi<br>total 514 mi |
| | 14. | Merge onto **13th Ave S** | go 394 ft<br>total 514 mi |
| ↱ | 15. | Turn right onto **Broadway**<br>About 56 secs | go 0.4 mi<br>total 514 mi |
| B | | 801 Broadway, Nashville, TN 37203 | |

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Map data ©2014 Google

Directions weren't right? Please find your route on maps.google.com and click "Report a problem" at the bottom left.

Case 3:14-cv-01545   Document 49-2   Filed 09/25/14   Page 2 of 2 PageID #: 929

https://maps.google.com/maps?f=d&source=s_d&saddr=2138+Campus+Drive,+Durham,+...   9/22/2014