# EXHIBIT T

Case 3:14-cv-01545   Document 49-5   Filed 09/25/14   Page 1 of 2 PageID #: 934



**Directions to Courthouse Way, Boston, MA 02210**
**3.9 mi** – about **12 mins**

 **A** 40 Landsdowne St, Cambridge, MA 02139

| | | |
|---|---|---|
| | 1. Head **northeast** on **Landsdowne St** toward **Franklin St** | go 0.1 mi<br>total 0.1 mi |
| ↱ | 2. Turn right onto **Massachusetts Ave**<br>About 51 secs | go 0.2 mi<br>total 0.3 mi |
| ↰ | 3. Turn left onto **Vassar St**<br>About 58 secs | go 0.3 mi<br>total 0.6 mi |
| ↱ | 4. Turn right onto **Main St**<br>About 1 min | go 0.3 mi<br>total 0.9 mi |
| ↱ | 5. Turn right onto **Broadway** | go 180 ft<br>total 1.0 mi |
| ↰ | 6. Slight left onto **Broadway/Main St**<br>Continue to follow Main St | go 0.2 mi<br>total 1.1 mi |
| (3) | 7. Continue onto **MA-3 S/MA-3A S/Longfellow Bridge**<br>About 1 min | go 0.4 mi<br>total 1.6 mi |
| ↱ | 8. Turn right toward **Charles St/Pleasure Rd** | go 187 ft<br>total 1.6 mi |
| ↰ | 9. Turn left onto **Charles St/Pleasure Rd**<br>Continue to follow Charles St<br>About 2 mins | go 0.4 mi<br>total 2.1 mi |
| | 10. Take the **I-93 S/U.S 1 S/MA-3 S** ramp to **Quincy/Logan Airport**<br>About 46 secs | go 0.5 mi<br>total 2.5 mi |
| 93 | 11. Merge onto **I-93 S/U.S. 1 S**<br>About 1 min | go 0.7 mi<br>total 3.2 mi |
| ↗ | 12. Take exit **23** toward **Purchase St** | go 0.2 mi<br>total 3.4 mi |
| | 13. Merge onto **Purchase St** | go 354 ft<br>total 3.5 mi |
| ↰ | 14. Turn left onto **Seaport Blvd**<br>About 47 secs | go 0.2 mi<br>total 3.7 mi |
| ↰ | 15. Turn left onto **Sleeper St** | go 335 ft<br>total 3.8 mi |
| ↱ | 16. Turn right onto **Northern Ave** | go 302 ft<br>total 3.8 mi |
| ↰ | 17. Take the 1st left onto **Courthouse Way** | go 285 ft<br>total 3.9 mi |

**B** Courthouse Way, Boston, MA 02210

These directions are for planning purposes only. You may find that construction projects, traffic, weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.

Map data ©2014 Google

Directions weren't right? Please find your route on maps.google.com and click "Report a problem" at the bottom left.