# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IPXPHARMA, LLC, | |
| Plaintiff, | |
| v. | Case No. 3:14-cv-01545 |
| MILLENNIUM PHARMACEUTICALS, INC., | JURY DEMANDED |
| Defendant. | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A MEMORANDUM IN SUR-REPLY TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, IPXpharma LLC, respectfully moves this Court pursuant to Local Rule 7.01(b) for permission to file a memorandum in sur-reply to the Motion to Dismiss filed on September 3, 2014 by Millennium Pharmaceuticals, Inc.

IPXpharma submits that it has good cause for leave to file a Memorandum in Sur-Reply to respond to Millennium's argument that IPXpharma lacks standing to sue for past damages. (The proposed Memorandum is attached hereto as Ex. A.) Millennium's argument was raised for the first time in its Reply Memorandum. [Docket Entry 43]. IPXpharma would like to present additional evidence that will clarify its standing to sue for past infringement. Therefore, IPXpharma respectfully requests that the Court permit it to file its Memorandum in Sur-Reply.

DATED:   October 1, 2014

        Respectfully submitted,

        *s/ Clarence J. Gideon Jr.*
        Clarence J. Gideon, Jr.
        GIDEON, COOPER & ESSARY PLC
        315 Deaderick Street, Suite 1100
        Nashville, Tennessee 37238
        *cj@gideoncooper.com*

        Michael A. Florie (admitted *pro hac vice*)
        Jay M. Ezelle (admitted *pro hac vice*)
        Cole R. Gresham (admitted *pro hac vice*)
        STARNES DAVIS FLORIE LLP
        100 Brookwood Place, 7th Floor
        P. O. Box 598512
        Birmingham, AL 35259-8512
        *jme@starneslaw.com*
        *crg@starneslaw.com*

        **Attorneys for Plaintiff**
        **IPXpharma, LLC**

# **CERTIFICATE OF SERVICE**

I hereby certify that on this the 1st day of October, 2014, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing, to the following attorneys of record:

Jessalyn H. Zeigler
BASS BERRY & SIMS, PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6200
JZeigler@bassberry.com

William F. Lee
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts
(617) 526-6000
william.lee@wilmerhale.com

Robert M. Galvin
Leizel A. Ching
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
(650) 858-6000
robert.galvin@wilmerhale.com
leizel.ching@wilmerhale.com

s/ Clarence J. Gideon, Jr.