# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IPXPHARMA, LLC, | |
| Plaintiff, | |
| v. | Case No. 3:14-cv-01545 |
| MILLENNIUM PHARMACEUTICALS, INC., | JURY DEMANDED |
| Defendant. | |

## DECLARATION OF JILL TARZIAN SORENSEN

I, Jill Tarzian Sorensen, declare as follows:

1. My name is Jill Tarzian Sorensen. I am of sound mind, and I understand the taking of an oath. I am over the age of eighteen (18) years, and I have personal knowledge and recollection of the matters discussed in this Declaration. I am making this Declaration in connection with the above-styled matter which is pending in the United States District Court for the Middle District of Tennessee.

2. In February 1999, I was in charge of the University of Illinois at Chicago's Office of Technology Management. As a result, I have personal knowledge of the events described below.

3. In early 1999 the Board of Trustees for the University of Illinois ("Illinois") reached an agreement with Igor Roninson and Alexander Shtil—the inventors of U.S. Patent No. 6,171,786 (the "'786 patent")—to assign the invention that ultimately gave rise to '786 patent back to the inventors in exchange for the inventors agreeing to assume responsibility for all patent applications, prosecution and maintenance and their associated costs.

4. The letter dated February 2, 1999—a true and correct copy is attached hereto as Exhibit A—documents the parties' agreement. The intention of this agreement was to assign all right, title and interest—including the right to sue for infringement of any patent that may ultimately issue—back to the inventors.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this the 29th day of September 2014.

_____
Jill Tarzian Sorensen

# CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of October, 2014, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing, to the following attorneys of record:

Jessalyn H. Zeigler
BASS BERRY & SIMS, PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6200
JZeigler@bassberry.com

William F. Lee
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts
(617) 526-6000
william.lee@wilmerhale.com

Robert M. Galvin
Leizel A. Ching
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
(650) 858-6000
robert.galvin@wilmerhale.com
leizel.ching@wilmerhale.com

/s/ Clarence J. Gideon, Jr.