# UNIVERSITY OF ILLINOIS
## AT CHICAGO

Intellectual Property Office (M/C 672)
Office of the Vice Chancellor for Research
310 Administrative Office Building
1737 West Polk Street
Chicago, Illinois 60612-7227


**2 February, 1999**


Kevin E. Noonan, Ph.D.
McDonnell Boehnen Hulbert & Berghoff
300 S. Wacker Drive, 7th Floor
Chicago IL 60606

**Re:    Invention Title:  " Method for Preventing Multidrug Resistance in Cancer Cells"**
**Inventors:    Dr. Igor Roninson, Dr. Alexander A. Shtil**
**MBHB Reference No.        95,119-D**
<u>**Our Reference No.   CP41**</u>


Dear Kevin:

The University of Illinois at Chicago will no longer be pursuing prosecution of the above named invention.  The invention is being returned to the inventors who will, as of the date of this letter, assume responsibility for all patent applications, prosecution and maintenance and their associated costs.

If you need additional information or have any questions, please feel free to contact me.

Sincerely,

Susan F. Gray
Marketing & Technology Transfer Specialist


cc:    I. Roninson
       A. Shtil


# UIC

Phone (312) 996-4995 • Fax (312) 413-0238 • http://www.uic.edu/depts/ovcr/ipo