# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IPXPHARMA, LLC, | |
| Plaintiff, | |
| v. | Case No. 3:14-cv-01545 |
| MILLENNIUM PHARMACEUTICALS, INC., | JURY DEMANDED |
| Defendant. | |

## AFFIDAVIT

STATE OF SOUTH CAROLINA )
RICHLAND COUNTY )

Before me, the undersigned authority, in and for said County and State, personally appeared Dr. Igor Roninson, who, after being duly sworn by me, deposes and says as follows:

1. My name is Dr. Igor Roninson. I am of sound mind, and I understand the taking of an oath. I am over the age of eighteen (18) years, and I have personal knowledge and recollection of the matters testified to in this Affidavit. I am giving this Affidavit in connection with the above-styled matter which is pending in the United States District Court for the Middle District of Tennessee.

2. I am one of the inventors of Patent No. 6,171,786 (the "'786 patent").

3. In 1999, Alexander Shtil—the other inventor of the '786 patent—and I reached an agreement with the Board of Trustees for the University of Illinois ("Illinois") whereby Illinois would assign the invention that gave rise to the '786 patent back to us in exchange for my agreeing to assume responsibility for all patent applications, prosecution and maintenance and their associated costs.

4. The letter dated February 2, 1999—attached hereto as Exhibit A—documents that agreement. I received a copy of this letter, and my understanding was that this transferred ownership of the patent back to Dr. Shtil and me as of the date of the letter.

5. Since February 2, 1999, in accordance with the agreement, I have paid all of the prosecution and maintenance expenses associated with the '786 patent.

6. When the Parties entered into an assignment in March 2014 the intent was to merely to provide a more formal confirmation of the February 1999 agreement that assigned the '786 patent back to Dr. Shtil and me, in order to facilitate the transaction with IPXpharma.

_____
SIGNATURE OF THE AFFIANT

STATE OF SOUTH CAROLINA )
RICHLAND COUNTY )

Before me, the undersigned, a Notary Public, in and for said County and State, personally appeared Dr. Igor Roninson, who is known to me and who, after being duly sworn, deposes and says that he has read the above and foregoing Affidavit and that said facts stated therein are true to the best of his knowledge and belief.

Sworn to and subscribed before me this ___ day of September, 2014.

_____
Emily F. Willingham
Notary Public

My Commission Expires: 02-01-2022

(OFFICIAL NOTARY SEAL)

# CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of October, 2014, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing, to the following attorneys of record:

Jessalyn H. Zeigler
BASS BERRY & SIMS, PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6200
JZeigler@bassberry.com

William F. Lee
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts
(617) 526-6000
william.lee@wilmerhale.com

Robert M. Galvin
Leizel A. Ching
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
(650) 858-6000
robert.galvin@wilmerhale.com
leizel.ching@wilmerhale.com

/s/ Clarence J. Gideon, Jr.