IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IPXPHARMA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-1545 |
| | ) | Judge Trauger |
| MILLENNIUM PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Two motions are pending before the court that cannot be decided before the initial case management conference scheduled for October 20, 2014. It is therefore **ORDERED** that the initial case management conference is **CONTINUED**, to be reset, if appropriate, following a decision on these two motions.

It is so **ORDERED**.

ENTER this 8th day of October 2014.

_____
ALETA A. TRAUGER
U.S. District Judge