IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IPXPHARMA, LLC,<br><br>          Plaintiff,<br><br>  v.<br><br>MILLENNIUM PHARMACEUTICALS, INC.,<br><br>          Defendant. | Civil Action No. 3:14-cv-01545<br>Judge Aleta A. Trauger<br>Magistrate Judge Juliet Griffin |

**DECLARATION OF LEIZEL A. CHING IN SUPPORT OF
MILLENNIUM PHARMACEUTICALS, INC.'S RESPONSE TO
IPX'S SUR-REPLY TO MILLENNIUM'S MOTION TO DISMISS**

I, Leizel A. Ching, declare as follows:

      1.     I am over the age of 18 and have personal knowledge of the matters discussed in this declaration, except as to those matters stated on information and belief, which I believe to be true. I could and would competently testify regarding the matters discussed in this declaration if called to do so.

      2.     I am a member in good standing of the California State Bar. I am a senior associate at Wilmer Cutler Pickering Hale and Dorr LLP, counsel for defendant Millennium Pharmaceuticals, Inc. in this action. I am admitted to practice *pro hac vice* in the United States District Court for the Middle District of Tennessee.

      3.     Attached hereto as Exhibit G is a true and correct copy of the University of Illinois's Board of Trustee's General Rules Concerning University Organization and Procedure, updated on October 16, 1998. On October 7, 2014, Exhibit G was obtained from Internet

1

Archive, at the following internet address:

http://web.archive.org/web/20000823215310/http://www.uillinois.edu/UIgenrules.html.

I declare under penalty of perjury under the laws of the United States and the State of Tennessee that the foregoing is true and correct to the best of my knowledge. Executed this 13th day of October, 2014.

_____
Leizel A. Ching

3

## CERTIFICATE OF SERVICE

I hereby certify that, on this the 13th day of October, 2014, a true and correct copy of the foregoing was filed electronically with the U.S. District Court for the Middle District of Tennessee. Notice of this filing was served via the court's electronic filing system on all counsel listed below:

Clarence J. Gideon, Jr.
GIDEON, COOPER & ESSARY PLC
315 Deaderick Street, Suite 1100
Nashville, TN 37238

Jay M. Ezelle
R. Larry Fantroy, Jr.
Michael A. Florie
Cole R. Greshman
STARNES DAVIS FLORIE LLP
100 Brookwood Place
7th Floor
Birmingham, AL 35259

/s/ Jessalyn H. Zeigler