UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IPXPHARMA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:14-cv-1545 |
| v. ) | Judge Aleta A. Trauger |
| ) | |
| MILLENNIUM PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendant, ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the defendants' Motion to Dismiss (Docket No. 32) is **GRANTED** to the extent it seeks dismissal for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1). The defendant's separate Motion to Transfer Venue (Docket No. 27) is **DENIED AS MOOT**.

This case is hereby **DISMISSED** for lack of subject matter jurisdiction. Entry of this Order shall constitute judgment in the case.

It is so **ORDERED**.

Enter this 9th day of December 2014.

ALETA A. TRAUGER
United States District Judge