UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IXPpharma, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:14-cv-01545 |
| | ) |
| | ) Judge Trauger |
| MILLENNIUM PHARMACEUTICALS, INC. | ) |
| | ) |
| Defendant. | |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on December 9, 2014.

KEITH THROCKMORTON, CLERK

s/ Hannah B. Blaney